IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONALD EUGENE HENRY**                                                                                           **PLAINTIFF**

v.                                        Case No. 4:22-cv-00263-LPR

**UNITED STATES DEPARTMENT
OF THE NAVY, Secretary;
JOHN BOOZMAN, U.S. Senator;
MICHAEL LONG, Legislative Liason**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 12th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).